UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN MEZA RANGEL, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-1136-B |
| | § | |
| TODD M. LYONS, et al. | § | |
| | § | |
| | § | |
| Respondents. | § | |

## <u>STANDING ORDER OF REFERENCE</u>

Pursuant to 28 U.S.C. § 636(b), this case is hereby referred to United States Magistrate Judge David L. Horan for pretrial management. All non-dispositive motions are prospectively referred to the magistrate judge for determination. All case-dispositive motions are prospectively referred to the magistrate judge for recommendation. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the magistrate judge for appropriate action consistent with applicable law.

SO ORDERED.

SIGNED: April 10, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE

-1-